IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **ALINA MARRERO,** individually and on behalf of all others similarly situated<br><br>Plaintiff,<br><br>v.<br><br>**FIFTH THIRD BANK,**<br><br>Defendant. | No.<br><br>(Removed from Circuit Court of Cook County, Chancery Division; No. 2011 CH 38111 |

### DEFENDANTS' NOTICE OF AFFILIATES STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1(a), Defendant states that Fifth Third Bank is a wholly owned subsidiary of Fifth Third Financial Corporation. Fifth Third Financial Corporation is a wholly owned subsidiary of Fifth Third Bancorp, which is a publicly traded company. Fifth Third Bank further states that there is no publicly owned corporation, not a party to the case, that has a financial interest in the outcome.

    Respectfully submitted,
    FIFTH THIRD BANK, an Ohio Banking Corporation,


    By:/s/Angela I. Rochester
        One of its Attorneys

Grady B. Murdock, Jr. (#1992236)
Angela I. Rochester (#6295396)
Michael A. Wilder (# 6291053)
LITTLER MENDELSON

-2-

A Professional Corporation
321 North Clark Street
Suite 1000
Chicago, IL 60654
312.372.5520
Firm I.D. 34950

Dated: December 19, 2011

**CERTIFICATE OF SERVICE**

    I, Angela I. Rochester, an attorney, certify that on this day I filed ***Defendant's Notice of Affiliates Statement*** via the Court's CM/ECF system, and I served the parties named below with a copy of same via U.S. Mail, with proper postage prepaid, on December 19, 2011:

    Ryan F. Stephan
    Stephan Zouras LLP
    205 N. Michigan Avenue
    Suite 2560
    Chicago, Illinois 60601

    Carolyn H. Cottrell
    Lee B. Szor
    Schneider Wallace Cottrell Brayton Konecky LLP
    180 Montgomery Street, Ste. 2000
    San Francisco, California 94104

    Shanon J. Carson
    Sarah Schalman-Bergen
    Patrick F. Madden
    Berger & Montague, P.C.
    1622 Locust Street
    Philadelphia, Pennsylvania 19103

    /s/Angela I. Rochester
    Angela I. Rochester