Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 11 C 8978 | **DATE** | 1/23/2012 |
| **CASE TITLE** | ALINA MARRERO vs. FIFTH THIRD BANK | | |

**DOCKET ENTRY TEXT**

Motion for leave to appear *pro hac vice* by Carolyn H. Cottrell on behalf of plaintiff [13] is granted.

*Suzanne B. Conlon*

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | air |
|---|---|---|

11C8978 ALINA MARRERO vs. FIFTH THIRD BANK