# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 11 C 8978 | **DATE** | 1/24/2012 |
| **CASE TITLE** | ALINA MARRERO vs. FIFTH THIRD BANK | | |

**DOCKET ENTRY TEXT**

Status and motion hearing held. Plaintiff is granted leave to file reply to the motion to remand. Plaintiff's motion for remand to the Circuit Court of Cook County and all briefs filed relating to this motion are taken under advisement.

*Suzanne B. Conlon*

Notices mailed by Judicial staff.

00:13

| | Courtroom Deputy Initials: | air |
|---|---|---|