# UNITED STATES DISTRICT COURT
for the
## Northern District of Illinois

Alina Marrero, individually and on behalf of all others similarly situated
*Plaintiff*
v.
Fifth Third Bank
*Defendant*

Civil Action No. 11 C 08978

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____%, plus postjudgment interest at the rate of _____%, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendants *(name)* _____ recover costs from the plaintiff _____

☒ other:
The case is remanded to the Circuit Court of Cook County, Illinois.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☒ decided by Judge Suzanne B. Conlon on a motion for remand.

Date: January 25, 2012

Michael W. Dobbins, Clerk of Court

sbe

/s/ Alberta Rone, Deputy Clerk