# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
### Eastern Division

Alina Marrero

                     Plaintiff,

v.                                             Case No.: 1:11−cv−08978
                                              Honorable Suzanne B. Conlon

Fifth Third Bank

                     Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, March 8, 2012:

      MINUTE entry before Honorable Geraldine Soat Brown: Telephone status hearing held and continued to a further telephone status hearing on 5/10/12 at 8:45 a.m. Plaintiff's counsel shall initiate the call. On the parties' joint request the Court stays proceedings with respect to plaintiff's motion for fees and costs in connection with the remand in order for the parties to pursue settlement of the entire matter. Notice mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.